UNITED STATES DISTRICT COURT
DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| | ) CAUSE NO.   4:06CR00035-01 JMM |
| SHANNON LATRICE BECKTON,<br>　　　　Judgment Defendant, | )<br>)<br>) |
| CENTRAL ARKANSAS VETERANS<br>HEALTHCARE SYSTEM,<br>　　　　Garnishee Defendant. | )<br>)<br>)<br>)<br>)<br>) |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, plaintiff; the judgment defendant, Shannon Latrice Beckton; and the garnishee defendant, Central Arkansas Veterans Healthcare System, agree and stipulate as follows:

1.　　The judgment defendant's name is Shannon Latrice Beckton , her Social Security Number is xxx-xx-8687, and her last known address is:1019 Peach Street, Jacksonville, Arkansas.

2.　　A Judgment was entered against the judgment defendant, Shannon Latrice Beckton, in this action in the amount of $7,956.00. The total balance due on the Judgment is $6,433.00, as of October 31, 2008.

3. The garnishee defendant, Central Arkansas Veterans Healthcare System, has, in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Central Arkansas Veterans Healthcare System.

4. The judgment defendant, Shannon Latrice Beckton, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The garnishee defendant, Central Arkansas Veterans Healthcare System, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The judgment defendant, Shannon Latrice Beckton, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Central Arkansas Veterans Healthcare System. It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, Central Arkansas Veterans Healthcare System, shall pay into the

hands of the United States Attorney, ten percent (10%) of judgment defendant's disposable earnings **until supervision expires. When supervision expires, the statutory 25% should be withheld** pursuant to 15 U.S.C. § 1673(a). **The United States will notify the garnishee when 25% needs to be withheld.**

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1. Federal Income Tax
2. Federal Social Security Tax;
3. Arkansas Income Tax;

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $7,956.00 which there is an unpaid balance of $6,433.00 as of October 31, 2008. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to:

U.S. District Court Clerk

and mailed to:

Clerk of the Court
600 W. Capitol Avenue, Suite A149
Little Rock, AR  72201

9. This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

Jane W. Duke
United States Attorney

By: _____
Stacey E. McCord
Assistant United States Attorney

_____
Shannon Latrice Beckton
Judgment Defendant

_____ Acting CFO
Carolyn M. Robert
Central Arkansas Veterans Healthcare System
Garnishee

**APPROVED AND SO ORDERED** this __1__ day of __Dec__, 2008.

__12/1/08__           _____
Date                        James M. Moody
                              Judge, United States District Court

Copies to:

Stacey E. McCord
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1229
Little Rock, AR  72203


Shannon Latrice Beckton
Judgment Defendant
address: 1019 Peach Street, Jacksonville, AR  72076


Central Arkansas Veterans Healthcare System
Garnishee Defendant
address: 2200 Ft. Roots Drive, Suite 37
North Little Rock, AR  72114